# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD KIE, JR.,

               Appellant,

vs.

THE STATE OF NEVADA,

               Respondent.

No. 72076

**FILED**

JAN 1 8 2017



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed a notice of appeal on December 28, 2016. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
  Hardesty

_____, J.
  Parraguirre

_____, J.
  Stiglich

cc:    Hon. Douglas Smith, District Judge
       Donald Kie, Jr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Benjamin Durham Law Firm

17-01846